## UNITED FUEL GAS CO. *v.* HADEN, TAX COMMISSIONER OF WEST VIRGINIA

No. 617.   Decided December 8, 1969

*C. E. Goodwin* for appellant.

*Chauncey H. Browning, Jr.,* Attorney General of West Virginia, and *William F. Carroll,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## INGRAM *v.* CALIFORNIA

No. 1017, Misc.   Decided December 8, 1969

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.